Richard G. McCracken, SBN 2748
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street
Las Vegas, NV 89102
Telephone:     (702) 386-5107
FAX:               (702) 386-9848
E-Mail: rmccracken@dcbsf.com

- and –

Anton Hajjar (Pro Hac Vice pending)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 898-1707
FAX: (202) 682-9276
E-Mail: ahajjar@odsalaw.com

Attorneys for Defendant
APWU-AFL-CIO

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY GARITY,<br><br>             Plaintiff<br><br>     vs.<br><br>APWU-AFL-CIO, APWU Local #7156, USPS PMG PATRICK DONAHOE<br><br>             Defendant. | CASE No. 2:11-cv-01110-KJD-GWF<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD [FIRST REQUEST]; PROPOSED ORDER |

Defendants APWU-AFL-CIO ("defendant") requests an extension of time to and including August 16, 2011, to file a responsive pleading in accordance with Rule 12, F.R. Civ. P. This is defendant's first request for an extension of time to respond to the complaint. This motion is based on the defendant's need to investigate the factual allegations in the complaint and determine whether there are defenses to the complaint. The plaintiff authorizes the defendants to state that she has no objection to the granting of the extension requested in this motion. A proposed order is annexed.

DATE: July 27, 2011

Richard G. McCracken, SBN 2748
McCRACKEN, STEMERMAN & HOLSBERRY

- and –

Anton Hajjar (Pro Hac Vice pending)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.


By: ___*/s/ Richard G. McCracken*___
   Attorneys for Defendant
   APWU-AFL-CIO


IT IS SO ORDERED:

_____
GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE

DATED: ___July 29, 2011___

CERTIFICATE OF SERVICE

The undersigned certifies that on July 27, 2011, I served the foregoing document described as UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD [FIRST REQUEST]; PROPOSED ORDER in this action by sending via first class, postage paid, a true copy thereof, to:

Rosemary Garity
3232 N. Florenza Street
Pahrump, NV 89060

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 27, 2011

                                        */s/ Deborah Trujillo*
                                        Deborah Trujillo, PLS