UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROSEMARY GARITY, | ) | |
|          Plaintiff, | ) | Case No. 2:11-cv-01110-KJD-CWH |
| vs. | ) | **ORDER** |
| APWU-AFL-CIO,<br>APWU LOCAL #7156, | ) | |
|          Defendant. | ) | |

This matter is before the Court on Defendants' Motion to Stay Discovery (#53), filed October 28, 2011, Plaintiff's Motion to Compel Discovery (#61), filed December 5, 2011. On January 24, 2012, the Court entered its order granting Defendants' Motions to Dismiss (#19 and #20). Consequently, all claims raised in Plaintiff's complaint have been dismissed. Plaintiff has been granted leave to amend her complaint as to counts I and II, but all other claims have been dismissed with prejudice. Based on the foregoing, the Court finds that Defendants' motion (#53) and Plaintiff's motion (#61) are moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay Discovery (#53) is **denied as moot.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Discovery (#61) is **denied as moot** .

DATED this 25th day of January, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge